UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates to:**

*Heather Ignacek v. Bayer HealthCare Pharmaceuticals Inc., et al.*         No. 13-cv-10898-DRH

*Cheryl Raistrick v. Bayer HealthCare Pharmaceuticals Inc., et al.*         No. 13-cv-10793-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 25, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.08.26 14:49:01 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT